GEORGE A. SPIROU, Appellant, v. AMERICAN NATIONAL FIRE INSURANCE COMPANY, Respondent, Impleaded with MANUFACTURERS TRUST COMPANY, Defendant.

PER CURIAM. On this appeal, as in opposition to another motion to compel him to separately state and number, the plaintiff disavows any alleged cause of action based upon the contract of insurance and proceeds upon the theory of conversion alone. To this theory he will be held on the trial. All of the defenses are, therefore, insufficient, since they relate to alleged breaches of the contract of insurance. While the sixth defense, also alleged as a counterclaim, states a good cause of action, it may not be interposed as a counterclaim to this action based on conversion, as it does not fall within the provisions of section 266 of the Civil Practice Act. It follows, therefore, that the order should be reversed, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ. Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.

THE PEOPLE OF THE STATE OF NEW YORK v. LIBORIO D'ANGELO.— Motion to dismiss appeal granted, unless the appellant procure the record on appeal to be filed on or before June 9, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Supplementary Proceedings: MANHATTAN ELECTRICAL SUPPLY Co., INC., v. EMANUEL ZIMMET.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH DE LUCA.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CORTLANDT FIELD BISHOP, Individually and as Sole Surviving and Sole Acting Executor, etc., of DAVID WOLFE BISHOP, Deceased, v. BEATRICE BEND BISHOP (Now BEATRICE BEND BERLE) and Others.— Motion for preference denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HERBERT BAYARD SWOPE v. JAMES REYNOLDS. MARGARET POWELL SWOPE v. JAMES REYNOLDS.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of NORMA A. DURYEA for the Payment of an Award for Damages Made to an Unknown Owner for Damage Parcels Numbers 3 and 3-a in the Proceeding to Acquire Land for a School Site on the Southerly Side of Roberts Avenue between Jarvis and Hobart Avenues in the Borough of The Bronx, City of New York.— Motion granted. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.